IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YONEDA SANDERS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | Civil Action No. 4:23-cv-04012 |
| | § | (JURY) |
| BLOCK BUILDERS, LLC, | § | |
| | § | |
| DEFENDANT. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Block Builders, LLC ("Defendant"), timely files this Notice of Removal pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1332(a), and 28 U.S.C. §1446(b), removing this action from the 269th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, and in support thereof shows as follows:

A.    **Introduction**

1.    Plaintiff Yoneda Sanders ("Plaintiff") commenced this lawsuit against Defendant in 269th Judicial District Court of Harris County, Texas, by filing her Original Petition on or about September 19, 2023.  A true and correct copy of the Original Petition and Jury Demand is attached hereto as Exhibit "A."  Defendant's Answer to Plaintiff's Original Petition and Defendant's Jury Demand filed on October 19, 2023 and is attached hereto as Exhibit "B."

2.    Defendant is filing this Notice of Removal within 30 days of its first receipt of Plaintiff's Original Petition as required by 28 U.S.C. § 1446(b).

3.      Plaintiff seeks to recover damages in this lawsuit based on allegations of negligence by the Defendant.

4.      In accordance with 28 U.S.C. §1446(a), attached hereto are (i) an index of all matters filed in this case; (ii) a copy of the state court docket sheet; and, (iii) a list of all parties, their respective counsel and court information attached hereto as Exhibit "C."

**B.      Jurisdiction & Removal**

5.      In a removal situation, the burden is on the removing party to establish the existence of jurisdiction and the propriety of removal. *Manguno v. Prudential Property and Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). This Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.

6.      Complete diversity under 28 U.S.C. § 1332 exists in this case. Plaintiff is a citizen of the State of Texas. Defendant is a Louisiana corporation. The Defendant's principal place of business in the state of Louisiana.

7.      In addition, the amount in controversy meets the minimum jurisdictional requirements under 28 U.S.C. § 1332. Here, Plaintiff's Petition states she is seeking monetary relief past and future medical expenses, past and future physical pain and suffering, past and future mental anguish, past and future physical impairment, past and future disfigurement, lost wages in the past. See ¶3 of Plaintiff's Original Petition. Plaintiff pled this case should be conducted under a Texas Level 3 Discovery Plan suggesting extensive damage claims. Further, Plaintiff failed to file any affidavit that the amount in controversy will not exceed $75,000. In addition, on May 5, 2023, the Plaintiff sent a demand letter concerning the facts pled in the Petition. In the demand, Plaintiff

claims $154,348.82 in past medical bills and demanded policy limits to settle this case. *See* Exhibit D.  Based on these allegations the amount in controversy exceeds $75,000.

8.    Venue is proper in this district and division under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

9.    Contemporaneous with the filing of this Notice of Removal, Defendant is filing a Notice of Filing Notice of Removal with the Clerk of the 269th Judicial District Court of Fort Bend County, Texas pursuant to 28 U.S.C. § 1446(d).

10.    Attached hereto are all documents required by 28 U.S.C. § 1446(a).

11.    Defendant demanded a jury in the state court action.  Defendant also requests a trial by jury pursuant to Rule 81(c)(3)(A), Federal Rules of Civil Procedure.

12.    All fees required by law in connection with this Notice have been tendered and paid by Defendant.

WHEREFORE, Defendant Block Builders, LLC hereby removes the above-captioned matter, now pending in 269th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

**SHEEHY, WARE, PAPPAS & GRUBBS, P.C.**

 */s/ George P. Pappas*
George P. Pappas – Attorney in Charge
State Bar No. 15454800
gpappas@sheehyware.com
Dawn A. Moore
State Bar No. 24040447
Fed. Adm. No. 558181
Dmoore@sheehyware.com
2500 Two Houston Center
909 Fannin
Houston, Texas  77010
713-951-1000
713-951-1199 – Fax

**ATTORNEYS FOR THE DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded in accordance with the Federal Rules of Civil Procedure on this the 20th day of October, 2023 to the following counsel of record:

Lisa Ventress
The Ventress Firm, PC
1322 Space Park Dr., Suite C222
Houston, TX  77058
Email:  lisa@theventressfirm.com

/s/ *George P. Pappas*
George P. Pappas

7042889

4