United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YONEDA SANDERS, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-23-4012 |
| § | |
| BLOCK BUILDERS, LLC, et al., § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Opinion entered on July 8, 2025, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on July 8, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge